*In re* Héctor L. Ortiz Hernández.

*Número:* TS-9128        *Resuelto:* 14 de noviembre de 2003

*Carmen H. Carlos*, directora de la Oficina de Inspección de Notarías; *Heriberto Sánchez Vélez*, abogado del peticionario.

## RESOLUCIÓN

Examinada la moción informativa presentada por la Oficina de Inspección de Notarías el 14 de octubre de 2003, *se readmite al Sr. Héctor L. Ortiz Hernández al ejercicio de la profesión.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*